UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 2:09-CR-48 |
| ) | |
| RONALD WILLIAM ABRAM, JR. ) | |
| CAROL HURST ABRAM ) | |

## ORDER

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated May 26, 2010. [Doc. 72]. The defendant has filed no objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that defendant's motion to suppress is **DENIED.** [Doc. 57].

ENTER:

J. RONNIE GREER
UNITED STATES DISTRICT JUDGE